◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE P. LAMPKIN, Appellant. [803 NYS2d 480]—Appeal from a judgment of the Niagara County Court (Peter L. Broderick, Sr., J.), rendered July 16, 2003. The judgment revoked defendant's probation and imposed a term of imprisonment.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Pedraza*, 66 NY2d 626, 627 [1985]). Present—Pigott, Jr., P.J., Hurlbutt, Gorski, Smith and Lawton, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND SHLOTZHAUER, Appellant. [803 NYS2d 481]—Appeal from a judgment of the Oneida County Court (Michael L. Dwyer, J.), rendered April 23, 2004. The judgment convicted defendant, upon his plea of guilty, of grand larceny in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Hurlbutt, Gorski, Smith and Lawton, JJ.